# *IN THE DISTRICT COURT OF THE UNITED STATES*

# *for the Western District of New York*

|  |  |
|---|---|
|  | **OCTOBER 2023 GRAND JURY** <br>**(Impaneled October 27, 2023)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | Violations: |
| **CHRISTOPHER PORTER** | Title 18, United States Code, <br>Sections 1709, 1703(a) <br>(8 Counts) |

## COUNT 1

### (Theft of Mail by Postal Employee)

### The Grand Jury Charges That:

In or about October 2021, the exact date being unknown, in the Western District of New York, the defendant, CHRISTOPHER PORTER, a United States Postal Service employee, did intentionally embezzle mail, and remove articles and things contained therein, specifically PORTER opened an envelope which had been entrusted to him, and which had come into his possession intended to be conveyed by mail and carried and delivered by any carrier, agent, and person employed in any department of the United States Postal Service, and removed gift cards.

**All in violation of Title 18, United States Code, Section 1709.**

## COUNT 2

### (Theft of Mail by Postal Employee)

### The Grand Jury Further Charges That:

In or about January 2022, the exact date being unknown, in the Western District of New York, the defendant, CHRISTOPHER PORTER, a United States Postal Service employee, did intentionally embezzle mail, and remove articles and things contained therein, specifically PORTER opened an envelope which had been entrusted to him, and which had come into his possession intended to be conveyed by mail and carried and delivered by any carrier, agent, and person employed in any department of the United States Postal Service, and removed a gift card.

**All in violation of Title 18, United States Code, Section 1709.**

## COUNT 3

### (Delay of Mail by Postal Employee)

### The Grand Jury Further Charges That:

On or about March 10, 2022, at approximately 10:43 a.m., in the Western District of New York, the defendant, CHRISTOPHER PORTER, a United States Postal Service employee, did unlawfully detain, delay, and open mail, specifically an envelope which had been entrusted to him and which had come into his possession, and which was intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service.

**All in violation of Title 18, United States Code, Section 1703(a).**

## COUNT 4

**(Delay of Mail by Postal Employee)**

**The Grand Jury Further Charges That:**

On or about March 10, 2022, at approximately 2:47 p.m., in the Western District of New York, the defendant, CHRISTOPHER PORTER, a United States Postal Service employee, did unlawfully detain, delay, and open mail, specifically envelopes which had been entrusted to him and which had come into his possession, and which was intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service.

**All in violation of Title 18, United States Code, Section 1703(a).**

## COUNT 5

**(Delay of Mail by Postal Employee)**

**The Grand Jury Further Charges That:**

On or about March 10, 2022, at approximately 2:48 p.m., in the Western District of New York, the defendant, CHRISTOPHER PORTER, a United States Postal Service employee, did unlawfully detain, delay, and open mail, specifically an envelope which had been entrusted to him and which had come into his possession, and which was intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service.

**All in violation of Title 18, United States Code, Section 1703(a).**

## COUNT 6

**(Delay of Mail by Postal Employee)**

**The Grand Jury Further Charges That:**

On or about March 14, 2022, at approximately 10:34 a.m., in the Western District of New York, the defendant, CHRISTOPHER PORTER, a United States Postal Service employee, did unlawfully detain, delay, and open mail, specifically an envelope which had been entrusted to him and which had come into his possession, and which was intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service.

**All in violation of Title 18, United States Code, Section 1703(a).**

## COUNT 7

**(Delay of Mail by Postal Employee)**

**The Grand Jury Further Charges That:**

On or about March 21, 2022, at approximately 9:41 a.m., in the Western District of New York, the defendant, CHRISTOPHER PORTER, a United States Postal Service employee, did unlawfully detain, delay, and open mail, specifically an envelope which had been entrusted to him and which had come into his possession, and which was intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service.

**All in violation of Title 18, United States Code, Section 1703(a).**

## COUNT 8

**(Delay of Mail by Postal Employee)**

**The Grand Jury Further Charges That:**

On or about March 22, 2022, at approximately 1:50 p.m., in the Western District of New York, the defendant, CHRISTOPHER PORTER, a United States Postal Service employee, did unlawfully detain, delay, and open mail, specifically an envelope which had been entrusted to him and which had come into his possession, and which was intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service.

**All in violation of Title 18, United States Code, Section 1703(a).**

DATED: Buffalo, New York, April 9, 2024.

                    TRINI E. ROSS
                    United States Attorney

BY:   S/FRANZ M. WRIGHT
       FRANZ M. WRIGHT
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York  14202
       716/843-5825
       Franz.Wright@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON